IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00445-AP

JAMES MONKS,
        Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security

        Defendant,

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.**      **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

**For Plaintiff**:
Michael W.Seckar, Esq.
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
seckarlaw@mindspring.com

**For Defendant:**
DAVID GAOUETTE
Acting United States Attorney

KEVIN T. TRASKOS
Assistant United States Attorney

By:    Anthony J. Navarro
        Special Assistant United States Attorney
        Office of the General Counsel
        Social Security Administration
        1961 Stout Street, Suite 1001A
        Denver, CO 80294
        (303) 844-7278
        anthony.navarro@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

      The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

      A.  **Date Complaint Was Filed: <u>3/3/09.</u>**
      B.  **Date Complaint Was Served on U.S. Attorney's Office: <u>3/25/09.</u>**
      C.  **Date Answer and Administrative Record Were Filed: <u>5/19/09.</u>**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

      The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

      Neither party intends to submit additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

      The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7.     OTHER MATTERS**

      The parties have no other matters to bring to the attention of the court.

**8.     BRIEFING SCHEDULE**

      Because of workload and scheduling conflicts, the parties respectfully respect briefing to commence later than 40 days after the filing of this Joint Case Management Plan, as follows:

      A.   **Plaintiff's Opening Brief Due: <u>July 20, 2009.</u>**
      B.   **Defendant's  Response Brief Due:    <u>August 20, 2009.</u>**
      C.   **Plaintiff's Reply Brief (If Any) Due:   <u>September 3, 2009.</u>**

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

   **A.**   Plaintiff's Statement**:**
   **Plaintiff does not request oral argument.**

   **B.**   Defendant's Statement:
   **Defendant does not request oral argument.**

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**
   <u>**Indicate below the parties' consent choice**</u>**.**

   **A.**   **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
   **B.**   **( X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

   DATED this 9th day of June, 2009.

                                                BY THE COURT:


                                                <u>*s/John L. Kane*            </u>
                                                U.S. DISTRICT COURT JUDGE

**APPROVED:**

| **For Plaintiff:** | **For Defendant:** |
|---|---|
| s/Michael W. Seckar | DAVID GAOUETTE |
| Michael W.Seckar, Esq. | Acting United States Attorney |
| 402 W. 12th Street | |
| Pueblo, CO 81003 | KEVIN T. TRASKOS |
| 719-543-8636 | Assistant United States Attorney |
| seckarlaw@mindspring.com | 1225 Seventeenth Street, Suite 700 |
| | Denver, Colorado 80202 |
| | (303) 454-0100 |
| | (303) 454-0404 (facsimile) |
| | |
| | s/Anthony J. Navarro |
| | By:    Anthony J. Navarro |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1961 Stout Street, Suite 1001A |
| | Denver, CO 80294 |
| | (303) 844-7278 |
| | anthony.navarro@ssa.gov |