IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **09-cv-445-AP**

**JAMES MONKS,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Stipulated Motion for Attorney Fees pursuant to the Equal Access to Justice Act, (doc. #15), filed November 18, 2009, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff's counsel, reasonable attorney fees in the amount of **$3,753.00**.

Dated at Denver, Colorado, this 23rd day of November, 2009.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT